### 17091.  BROWN *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of possession of liquor; from Monroe superior court —Judge Persons.  December 21, 1925.

*A. M. Zellner,* for plaintiff in error.

*Frank B. Willingham, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.

---

### 17092.  WOODS *v.* THE STATE.

LUKE, J.  The evidence authorized the defendant's conviction of violating the prohibition statute, and his criticism of the charge of the court is wholly without merit.  The motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Conviction of possession of liquor; from Monroe superior court —Judge Persons.  December 21, 1925.

*A. M. Zellner,* for plaintiff in error.

*Frank B. Willingham, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.